■ 3636 GREYSTONE OWNERS, INC., Respondent, v GREYSTONE BUILDING, Appellant. [771 NYS2d 341]—

Order, Supreme Court, Bronx County (Barry Salman, J.), entered May 14, 2003, which granted plaintiff's motion for a

*Yellowstone* injunction on condition that a $10,000 bond be posted, unanimously affirmed, without costs.

Plaintiff established that it held a commercial lease, received a notice of default, timely requested injunctive relief, and was prepared and able to cure (*Graubard Mollen Horowitz Pomeranz & Shapiro v 600 Third Ave. Assoc.*, 93 NY2d 508 [1999]). *Yellowstone* relief is proper even where nonpayment of rent is the only issue (*see Lexington Ave. & 42nd St. Corp. v 380 Lexchamp Operating*, 205 AD2d 421, 423-424 [1994]). The bonding condition was a proper exercise of discretion, rationally related to the damages defendant might suffer should the court later determine that the injunctive relief was unwarranted (*Sportsplex of Middletown v Catskill Regional Off-Track Betting Corp.*, 221 AD2d 428 [1995]).

We have considered defendant's remaining contention and find it to be without merit. Concur—Buckley, P.J., Andrias, Lerner and Friedman, JJ.